DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JAMIEL JERRIDO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1538

————————————————

September 30, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Pinellas County; Joseph A. Bulone, Judge.

Jamiel Jerrido, pro se.

PER CURIAM.

    Affirmed.

LaROSE, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.